1

2

3

4

5

6

7

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   ROBERT DANA,                          1:05-CV-0913 AWI LJO HC

14            Petitioner,

15       vs.

16   TERESA A. SCHWARTZ, Warden,

17            Respondent.                   ORDER OF TRANSFER

18   _____/

19        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

20   28 U.S.C. § 2254; the $5.00 filing fee was paid on July 15,2005.  Petitioner is challenging a

21   parole decision from Solano County, which is part of the Sacramento Division of the United

22   States District Court for the Eastern District of California.   Therefore, the petition should have

23   been filed in the Sacramento Division.

24        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the

25   proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this

26

                                            1

action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:    July 21, 2005**                    **/s/ Lawrence J. O'Neill**
23ehd0                                          UNITED STATES MAGISTRATE JUDGE