IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DANA,

    Petitioner,                    No. CIV S-05-1480 LKK DAD P

    vs.

TERESA A. SCHWARZ, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner represented by counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. The action was filed in the Fresno Division of the court on July 15, 2005, and was transferred to the Sacramento Division on July 22, 2005.

        Petitioner is confined pursuant to a 1977 conviction in the Sutter County Superior Court. He does not challenge his conviction or the sentence imposed by the court. Petitioner challenges his continued imprisonment by the California Board of Prison Terms. Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondent will be directed to file a response to petitioner's habeas petition.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. Petitioner's motion to exceed page limits is denied as unnecessary;

3       2. Respondent is directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

      3. If the response to the habeas petition is an answer, petitioner's reply shall be filed and served within thirty days after the answer is served;

      4. If the response to the habeas petition is a motion, respondent shall notice the motion for hearing before the undersigned on a regularly scheduled law and motion calendar, and the motion shall be briefed in accordance with Local Rule 78-230(b), (c), and (d); and

      5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed July 15, 2005 (docketed as #1), the exhibit list (docketed as #2), and the exhibits filed July 17, 2005, July 18, 2005, and July 20, 2005 (docketed as #5, 6, and 7), upon Jennifer A. Neill, Lead Supervising Deputy Attorney General of the Correctional Law Section.

DATED: August 18, 2005.

                                                      /s/ Dale A. Drozd
                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
dana1480.100f