IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DANA,

    Petitioner,                  No. CIV S-05-1480 LKK DAD P

    vs.

TERESA A. SCHWARTZ, Warden,

    Respondent.               ORDER

_____/

        By order signed and filed August 18, 2005, respondent was directed to file a response to the petition for writ of habeas corpus filed by petitioner on July 15, 2005. The response was to be filed within thirty days from the date of the order. More than thirty days have passed and no response has been filed. IT IS HEREBY ORDERED that respondent shall, within ten days after this order is filed, file a declaration showing good cause for the failure to respond to petitioner's habeas petition.

DATED: September 30, 2005.

                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

DAD:13
dana1480.osc