IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DANA,

     Petitioner,          No. CIV S-05-1480 LKK DAD P

    vs.

THERESA A. SCHWARTZ, et al.,

     Respondents.       ORDER

_____/

        Petitioner's counsel, Mr. Joseph V. Camarata of the Law Office of Joseph V. Camarata, has filed a motion to withdraw as counsel. He declares that he can no longer serve as petitioner's counsel because, as of July 16, 2007, he began employment as a Deputy District Attorney for the County of Solano, California, and his new position creates a conflict of interest making it impossible for him to continue to represent petitioner. In addition, counsel declares that he has notified petitioner of this condition and petitioner has not objected to his withdrawal as counsel of record. In addition, counsel reports to the court that "[t]here are no refund issues in this case." (Decl. of Counsel at ¶ 5.) Finally, counsel explains that this motion is belated because, although he instructed his staff to prepare this same motion in several cases, they apparently overlooked some of them.

/////

The court notes that this habeas action is fully briefed and is currently submitted for decision. In light of this fact as well as the unusual circumstances posed by counsel's current employment as well as petitioner's lack of objection, the court finds good cause for granting the motion to withdraw even though it will result in petitioner proceeding in pro se.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion to withdraw as counsel is granted; and

2. The Clerk of the Court is directed to amend the docket to reflect that petitioner is proceeding pro se.

DATED: January 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dana1480.wtd

2