IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DANA,

    Petitioner,               No. CIV S-05-1480 LKK DAD P

    vs.

TERESA A. SCHWARZ, Warden,

    Respondent.          ORDER

_____/

         Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging the California Board of Parole Hearings' 2004 decision to deny him parole. On September 5, 2006, this court denied respondent's motion to dismiss and ordered respondent to file a response to the petition. On October 10, 2006, respondent filed a timely answer. On October 27, 2006, petitioner filed a traverse. This case is now submitted for decision and in due course, the court will issue its findings and recommendations. Before the court is petitioner's request for judgment on the pleadings.

         Petitioner is advised that, from 2004 through 2007 more than 3,500 actions were filed by California prisoners with the United States District Court for the Eastern District of California seeking habeas relief. The court is well aware of its backlog of submitted cases and is

working diligently in that regard.  Petitioner is informed that as long as he keeps the court informed of any change of address, no further action on his part is necessary.

Accordingly, good cause appearing, petitioner's January 23, 2008 request for judgment on the pleadings is denied.

DATED: April 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dana1480.misc

2